# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SEBASTIAN GEORGE SILEA | § | |
| | § | CIVIL ACTION NO. 4:23CV1079 |
| V. | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| TAYLOR ALEXA WILEY and | § | |
| GRAHAM CLARK WILEY | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 3, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #14) that Defendants Taylor Alexa Wiley and Graham Clark Wiley's 12(b)(6) Motion to Dismiss (the "Motion to Dismiss") (Dkt. #7) be granted, and this case be dismissed without prejudice for want of subject matter jurisdiction. In addition to there being a lack of diversity, no federal claims are asserted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion to Dismiss (Dkt. #7) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE